AO91 (Rev. 12/03)  Criminal Complaint    *Felony*    AUSA

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

JAN 1 7 2019

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**

vs.

1. Joseph Alexander ROSAS
   A201 417 537  United States
2. Jesus LOZANO
   A201 417 538  United States

## CRIMINAL COMPLAINT

Case Number: B-19- MJ - 140

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about _____January 15, 2019_____ in _____Kenedy_____ County, in

the _____Southern District Of Texas_____ defendant(s)

conspired, knowingly, willfully, and in reckless disregard of the fact that an undocumented alien had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien by means of a motor vehicle with intent to further his unlawful presence,

in violation of Title _____8_____ United States Code, Section(s) _____1324(a)(1)(A)(ii);  1324(a)(1)(A)(v)(I)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the

following facts:

On January 15, 2019, Agents assigned to the Harlingen, TX Border Patrol Station conducted a vehicle stop on a 2003 Honda Pilot displaying Texas license plates near Norias, TX. The Honda Pilot initially appeared to speed away from Agents and drive erratically, however, the vehicle did pull over. Agents approached the vehicle and identified themselves as Border Patrol Agents. Inside the vehicle, Agents encountered 3 subjects. The driver was identified as Joseph Alexander ROSAS, a U.S. Citizen. The rear passenger was identified as Jesus LOZANO, also a U.S. Citizen. Finally, the front passenger was identified as Carlos Ortega, a Mexican national without the proper documents to enter or remain in the United States. All subjects were placed under arrest and transported to the Harlingen Station for processing and further case development.

Once at the Harlingen Station, Agents initiated a smuggling investigation. Agents discovered through self-admission and testimony provided by one individual subject serving as a Material Witness, that ROSAS and LOZANO were transporting an undocumented alien for personal gain.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

Signature of Complainant

Torres, Juan    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 17, 2019
Date

at    Brownsville, Texas
City/State

Signature of Judge

Ronald G. Morgan        U.S. Magistrate Judge
Name of Judge            Title of Judge